IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CT-3045-D

| | | |
|---|---|---|
| JOE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CYNTHIA THORNTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 7, 2019, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 26] and recommended granting defendants' motion for summary judgment [D.E. 18] and dismissing Joe Smith's ("Smith") complaint. Smith did not object to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted). The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 26].

In sum, the court adopts the conclusions in the M&R [D.E. 26] and GRANTS defendants' motion for summary judgment [D.E. 18]. Smith's complaint is DISMISSED, and the clerk shall close the case.

SO ORDERED. This 28 day of February 2019.

*J. Dever*
JAMES C. DEVER III
United States District Judge